1
2
3
4
5
6
7
8
9       UNITED STATES DISTRICT COURT
10      CENTRAL DISTRICT OF CALIFORNIA
11
12  KESSHAWN NELSON,              )   Case No. CV 11-2721 SJO (MRW)
                                 )
13                 Petitioner,   )
          vs.                    )   ORDER ACCEPTING FINDINGS AND
14                               )   RECOMMENDATIONS OF
    GEORGE NEOTTI, Warden,       )   UNITED STATES MAGISTRATE
15                               )   JUDGE
                   Respondent.   )
16  _____  )
17

18          Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on

19  file, and the Report and Recommendation of the United States Magistrate Judge.

20  Further, the Court has engaged in a de novo review of those portions of the Report

21  to which Respondent has objected.

22          Respondent objects on the ground that the Report does not analyze whether

23  Petitioner's claims are barred on retroactivity grounds under Teague v. Lane, 489

24  U.S. 288, 310 (1989).  Because the Court does not recommend granting habeas

25  relief on any ground here, it is not necessary to address Respondent's Teague

26  argument.  See Leavitt v. Arave, 383 F.3d 809, 816 (9th Cir. 2004) ("If a state

27  properly argues that the district court granted a habeas petition on the basis of a

28  new rule of constitutional law that is Teague-barred, we must address the Teague

1  issue first." (citing <u>Horn v. Banks</u>, 536 U.S. 266, 267 (2002) (per curiam))

2  (emphasis added).  The Court accepts the findings and recommendation of the

3  Magistrate Judge.

4       IT IS ORDERED that Judgment be entered denying the petition and

5  dismissing this action with prejudice.

6

7  DATE: _____        May 20, 2012.

8  _____

   HON. S. JAMES OTERO

9  UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2