UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

KESSHAWN NELSON,
Petitioner,
vs.
GEORGE NEOTTI, Warden,
Respondent.

Case No. CV 11-2721 SJO (MRW)

JUDGMENT

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: May 20, 2012.

S. James Otero

HON. S. JAMES OTERO
UNITED STATES DISTRICT JUDGE